Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
7, 2007










 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed June 5, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00430-CV

____________

 

IN RE ASPEN
TECHNOLOGY, INC., Relator

 

 





 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 





 

M E M O R
A N D U M   O P I N I O N

On June
1, 2007, relator filed a petition for
writ of mandamus in this Court, requesting we direct the Honorable Elizabeth
Ray, Judge of the 165th District Court of Harris County, Texas, to set aside
her order compelling arbitration in Houston before a single arbitrator and to
compel arbitration in Boston before an AAA three-member panel.  Because relator failed to comply with the requirements of the Rules
of Appellate Procedure, it has not established entitlement to the extraordinary
relief sought.  See Tex. R.
App. P. 9.5(a), 52.2, 52.3(e) and 52.3 (j)(1)(A). 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed June 5, 2007.

Panel consists of Justices Anderson,
Fowler, and Seymore.